```
                                            CLERK'S OFFICE U.S. DIST COURT
                                                  AT ROANOKE, VA
                                                       FILED

            IN THE UNITED STATES DISTRICT COURT      MAY 0 4 2006
            FOR THE WESTERN DISTRICT OF VIRGINIA   JOHN F. CORCORAN, CLERK
                      ROANOKE DIVISION             BY:
                                                        DEPUTY CLERK
```

| | |
|---|---|
| MARK J. KONSAVICH, ) | |
|     Petitioner, ) | Civil Action No. 7:06-cv-00274 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | By: Hon. Glen E. Conrad |
|     Respondent. ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

that the petitioner's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255 shall be and hereby is **DISMISSED** without prejudice as premature.

The Clerk is directed to strike the case from the active docket of the court and to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This ___ day of May, 2006.

                                                  /s/ Glen E. Conrad
                                                United States District Judge