CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 0 4 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **MARK J. KONSAVICH,** | ) | |
| **Petitioner,** | ) | **Civil Action No. 7:06-cv-00274** |
| | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | **By: Hon. Glen E. Conrad** |
| **Respondent.** | ) | **United States District Judge** |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

that the petitioner's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255 shall be

and hereby is **DISMISSED** without prejudice as premature.

The Clerk is directed to strike the case from the active docket of the court and to send

certified copies of this order and the accompanying memorandum opinion to the petitioner and

counsel of record for the respondent.

ENTER: This 3rd day of May, 2006.

_____
United States District Judge